IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| EDWIN SOLIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EMERY FEDERAL CREDIT UNION, <br><br> Defendant. | Civil Action No.: 1:19-cv-00387 MRB <br><br> Judge Michael R. Barrett |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melissa S. Matthews of Keating Muething & Klekamp, PLL is appearing as co-counsel for Plaintiffs in the above-captioned matter. Counsel's contact information appears below.

            Respectfully submitted,

            /s/ Melissa S. Matthews
            Gregory M. Utter (0032528)
            Melissa S. Matthews (0093352)
            Keating Muething & Klekamp, PLL
            One East Fourth Street, Suite 1400
            Cincinnati, Ohio 45202
            Phone: (513) 579-6597
            Fax (513) 579-6547
            gmutter@kmklaw.com
            mmatthews@kmklaw.com
            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2019, a true and correct copy of the foregoing was filed with the CM/ECF System, which will send notification of such filing to all counsel of record.

                                        /s/Melissa S. Matthews
                                        Melissa A. Schaub (0093352)

9209005.1