IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| EDWIN SOLIS, et al. | : | Case No. 1:19cv387 |
| | : | |
| Plaintiffs, | : | (Judge Michael R. Barrett) |
| | : | |
| vs. | : | |
| | : | **MOTION FOR STIPULATED** |
| EMERY FEDERAL CREDIT UNION | : | **PROPOSED SCHEDULE RE:** |
| | : | **ANTICIPATED AMENDED** |
| Defendant. | : | **COMPLAINT** |
| | :: | |

COME NOW THE PARTIES, Edwin and Shanna Solis, James Gilbert, Jeffrey Markle, and Marta Chaney ("Plaintiffs"), and Emery Federal Credit Union ("Defendant") pursuant to L.R. 7.3, through counsel, and respectfully move that this Court adopt the attached proposed briefing schedule; continue the Rule 26(f) Report deadline; and allow both Parties an extension of the 20-page limit on motion briefing. This motion is based upon the following memorandum.

Respectfully submitted,

/s/ Carolyn A. Taggart
Carolyn A. Taggart   (0027107)
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio  45202-5118
Phone:  (513) 369-4231
Fax:    (513) 421-0991
Email:  ctaggart@porterwright.com

Michael Y. Kieval (admitted *pro hac vice*)
Joseph M. Katz (admitted *pro hac vice*)
WEINER BRODSKY KIDER PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
Phone:  (202) 628-2000
Fax:  (202) 628-2011
Email:  kieval@thewbkfirm.com
Email:  katz@thewbkfirm.com

*Counsel for Defendant*

/s/ Gregory M. Utter
Gregory M. Utter (0032528)
KEATING MUETHING &KLEKAMP PLL
One East Fourth Street Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6540
Fax: (513) 579-6457
gmutter@kmklaw.com

Michael Paul Smith (*Pro Hac Vice*)
Melissa L. English (*Pro Hac Vice*)
Sarah A. Zadrozny (*Pro Hac Vice*)
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
Phone: (410) 821-0070
Fax: (410) 821-0071
mpsmith@sgs-law.com
menglish@sgs-law.com
szadrozny@sgs-law.com

Timothy F. Maloney (*Pro Hac Vice* pending)
Veronica B. Nannis (*Pro Hac Vice* pending)
Megan Benevento (*Pro Hac Vice* pending)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Phone: (301) 220-2200
Fax: (301) 220-1214
tmaloney@jgllaw.com
vnannis@jgllaw.com
mbenevento@jgllaw.com

*Counsel for Plaintiffs*

**MEMORANDUM**

1. The Parties respectfully submit this stipulated proposed schedule to the Court, and respectfully ask that the Court approve the schedule contained herein.

2. Plaintiffs filed this action on May 24, 2019. Dkt. #1 at PageID 1. The Complaint is 473 pages and contains 618 numbered paragraphs and 29 exhibits. Dkt. #1 at PageID 1-473.

3. Defendant waived service on May 28, 2019, and timely moved to dismiss on July 29, 2019. Dkt. #3, PageID 478; Dkt. #10 at PageID 493.

4. Plaintiff's opposition is currently due August 19, 2019, but Plaintiffs have identified that they will be filing an Amended Complaint pursuant to Fed. R. Civ. P. 15(1)(B).

5. The Court previously granted the Parties each an additional five pages for their principal briefs on the Motion to Dismiss. Dkt. #9 at PageID 492.

6. Additionally, on August 1, 2019, the Court issued a Notice of Deadline, requiring the Parties to submit a Rule 26(f) Report by August 22, 2019. (August 1, 2019 Unnumbered Docket Entry).

7. The Parties propose the following schedule based on the anticipated complexity of the motion practice, and to give each side adequate time to brief the issues in light of preexisting personal, professional, and religious obligations during the time period in question:

   a. Amended Complaint to be filed by August 19, 2019.

   b. Defendant's existing Motion to Dismiss (Dkt. #10 at PageID 493) will be mooted by the filing of the anticipated Amended Complaint.

   c. Defendant's response to the Amended Complaint to be filed by September 18, 2019.

   d. Plaintiff's opposition to the anticipated Motion to Dismiss the Amended Complaint by October 18, 2019.

  e. Defendant's reply in support of the anticipated Motion to Dismiss the Amended Complaint by November 8, 2019.

  f. Rule 26(f) conference and report by September 25, 2019.

8. Additionally, because Plaintiffs' Amended Complaint is anticipated to be slightly longer and no less complex than the original Complaint, and because it is anticipated to contain the same statutory claims as the original Complaint, the Parties respectfully request that each of them be granted leave to file a brief in excess of the 20 pages ordinarily allowed, namely, to allow 25 pages for Defendant's Memorandum in support of its anticipated Motion to Dismiss the Amended Complaint, and 25 pages for Plaintiffs' Opposition to same.

9. There have been no previous requests for extensions of time in this case.

10. A proposed order is being submitted herewith.

            Respectfully submitted,

            /s/ Carolyn A. Taggart
            Carolyn A. Taggart  (0027107)
            Porter Wright Morris & Arthur LLP
            250 East Fifth Street, Suite 2200
            Cincinnati, Ohio  45202-5118
            Phone:  (513) 369-4231
            Fax:     (513) 421-0991
            Email:   ctaggart@porterwright.com

            Michael Y. Kieval (admitted *pro hac vice*)
            Joseph M. Katz (admitted *pro hac vice*)
            WEINER BRODSKY KIDER PC
            1300 19th Street, NW, Fifth Floor
            Washington, DC 20036
            Phone:  (202) 628-2000
            Fax: (202) 628-2011
            Email: kieval@thewbkfirm.com
            Email: katz@thewbkfirm.com

            *Counsel for Defendant*

          */s/ Gregory M. Utter*
Gregory M. Utter (0032528)
KEATING MUETHING &KLEKAMP PLL
One East Fourth Street Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6540
Fax: (513) 579-6457
gmutter@kmklaw.com

Michael Paul Smith (*Pro Hac Vice*)
Melissa L. English (*Pro Hac Vice*)
Sarah A. Zadrozny (*Pro Hac Vice*)
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
Phone: (410) 821-0070
Fax: (410) 821-0071
mpsmith@sgs-law.com
menglish@sgs-law.com
szadrozny@sgs-law.com

Timothy F. Maloney (*Pro Hac Vice* pending)
Veronica B. Nannis (*Pro Hac Vice* pending)
Megan Benevento (*Pro Hac Vice* pending)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
Phone:  (301) 220-2200
Fax:   (301) 220-1214
tmaloney@jgllaw.com
vnannis@jgllaw.com
mbenevento@jgllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

          */s/ Carolyn A. Taggart*
Carolyn A. Taggart