## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EDWIN SOLIS, et al. | : | Case No. 1:19cv387 |
| | : | |
| Plaintiffs, | : | (Judge Michael R. Barrett) |
| | : | |
| vs. | : | |
| | : | **ORDER GRANTING MOTION FOR** |
| EMERY FEDERAL CREDIT UNION | : | **STIPULATED PROPOSED** |
| | : | **SCHEDULE RE: ANTICIPATED** |
| Defendant. | : | **AMENDED COMPLAINT** |
| | : | |
| | : | |
| | : | |

Upon the Motion and Stipulation of the Parties, and the Court having reviewed the Motion and Stipulation and found good cause shown for the relief requested therein,

IT IS HEREBY ORDERED that the following briefing schedule proposed by the Parties is hereby adopted:

a. Plaintiffs' Amended Complaint to be filed by August 19, 2019;

b. Defendant's response to the Amended Complaint to be filed by September 18, 2019;

c. Plaintiffs' opposition to the anticipated Motion to Dismiss the Amended Complaint to be filed by October 18, 2019;

d. Defendant's reply in support of the motion to dismiss to be filed by November 8, 2019;

e. Rule 26(f) conference and report by September 25, 2019; and

IT IS FURTHER ORDERED that Defendant is hereby granted leave to file a twenty-five page memorandum in support of its Motion to Dismiss, and that Plaintiffs are hereby granted similar leave to file a twenty-five page memorandum in opposition.

IT IS SO ORDERED this 22d day of August, 2019.

                                                  s/ *Michael R. Barrett*
                                                  Judge Michael R. Barrett
                                                  UNITED STATES DISTRICT JUDGE